**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Case No. 2:07-cv-1276

In re Huntington Bancshares
Incorporated Securities Litigation,

**Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 4, 2009 Opinion and Order, Defendants' motion to dismiss is GRANTED; dismissing all of Plaintiffs' claims with prejudice.

Date:  **December 4, 2009**            **James Bonini, Clerk**


                                   s/ Jennifer Kacsor
                              By Jennifer Kacsor/Courtroom Deputy